AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan ▼

F I L E D
JAN 06 2026
U S DISTRICT COURT
FLINT, MICHIGAN

MAREK PETRYKOWSKI

*Plaintiff(s)*

v.

JDW INTERNATIONAL INC. (Ontario Corporation No. 1001407417), successor by amalgamation to 2051782 Ontario Ltd.

*Defendant(s)*

Case:2:26-cv-10040
Judge: Michelson, Laurie J.
MJ: Ivy, Curtis
Filed: 01-06-2026 At 04:39 PM
CMP PETRYKOWSKI V. JDW INTERNATIONAL INC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JDW INTERNATIONAL INC. (Ontario Corporation No. 1001407417)
c/o Andreea Crisan, President or other Director or Officer authorized to accept service.
Address: 3950 Hickmore Rue, Unit 105, Saint-Laurent, Quebec H4T 1K2, Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAREK PETRYKOWSKI
41 Kings Heights Dr. SE
Airdrie, AB T4A 0E6

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6 JANUARY 2026

*Signature of Clerk or Deputy Clerk*