## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

MAREK PETRYKOWSKI                          )
                                           )
Plaintiff                                  )   **Case No: 2:26-cv-10040**
                                           )   **Hon. Michelson, Laurie J.**
v.                                         )
                                           )
JDW INTERNATIONAL INC.                     )
(Ontario Corporation No. 1001407417),      )
successor by amalgamation to               )   F I L E D
2051782 Ontario Ltd.                       )   APR 0 7 2026
                                           )   CLERK'S OFFICE
Defendant                                  )   DETROIT

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I, **Daniel Alton**, being first duly sworn, depose and state as follows:

1.  I am over the age of eighteen (18) years, reside in the State of Michigan, and am not a party to this action.

2.  On **March 30, 2026**, at approximately **4:30 p.m.**, I personally served, by personal delivery, true and correct copies of the following documents: Summons and Civil Complaint in the matter of *Marek Petrykowski v. JDW International Inc. (Ontario Corporation No. 1001407417), successor by amalgamation to 2051782 Ontario Ltd.* Case No. 2:26-cv-10040, pending in the United States District Court for the Eastern District of Michigan.

3.  Service was effected at **100 W. Big Beaver Road, Suite 650, Troy, Michigan 48084**.

4. I effected service by **personally delivering** the above-listed documents to **Kevin N. Summers**, who is a **designated agent for service of process in the State of Michigan for JDW International Inc.** (*Ontario Corporation No. 1001407417*), *successor by amalgamation to 2051782 Ontario Ltd.*, **pursuant to a BOC-3 filing under applicable federal motor carrier regulations.**

5. The individual served **accepted service** of the documents on behalf of the Defendant and acknowledged his capacity to receive service.

**FURTHER AFFIANT SAYETH NOT.**

Daniel Alton
7045 24 Mile Rd.
Shelby Township, MI
48316

Subscribed and sworn before me
this 31ˢᵗ day of March, 2026.

Notary Public, State of Michigan
Printed Name: Elizabeth Niksa
My Commission Expires: 05/05/2029
Acting in the County of: Macomb

Clerk of Court
United States District Court
Eastern District of Michigan

231 W Lafayette Blvd, Detroit, MI 48226, United States

March 31, 2026

Re: Petrykowski v. JDW International Inc., Case No. 2:26-cv-10040

Dear Clerk:

Please find enclosed the Affidavit of Service of Summons and Complaint filed pursuant to Federal Rule of Civil Procedure 4(l).

Kindly docket the same.

Respectfully,
Marek Petrykowski

MAREK PETRYKOLDSKI
41 Kings Heights DR SE
AIRDRIE, AB T4A0E6

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 3714 3990 54

*Retail*





48226

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LAKE ZURICH, IL 60047
APR 01, 2026

**$7.20**

S2324E503049-19

U.S. MARSHALS



RECEIVED
APR 07 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of Court

United States District Court Eastern District of Michigan

231 W Lafayette Blvd, Detroit, MI 48226