UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAREK PETRYKOWSKI,

    Plaintiff(s),

v.

JDW INTERNATIONAL, INC.,

    Defendant(s).

Case No. 2:26-10040
Honorable Laurie J. Michelson

## BRIEF FORMAT CERTIFICATION FORM

I, Dirk H. Beckwith, hereby certify that the foregoing brief complies with Eastern District of Michigan Local Rules 5.1(a), 5.1.1, and 7.1 and Judge Michelson's Case Management Requirements. In particular, I certify that each of the following is true (click or check box to indicate compliance):

☒ the brief contains a statement regarding concurrence, *see* LR 7.1(a);

☒ the brief, including footnotes, uses 14-point font, *see* LR 5.1(a)(3);

☒ the brief contains minimal footnotes and, in all events, no more than 10, *see* Case Management Requirements § III.A;

☒ the brief and all exhibits are searchable .pdfs, *see* Case Management Requirements § III.A;

☒ the brief is double spaced (except for footnotes and necessary block quotes) with one-inch margins, *see* LR 5.1(a)(2);

☒ deposition transcripts have been produced in their entirety and not in minuscript, *see* Case Management Requirements § III.A;

☒ if the brief and exhibits total 50 pages or more, a courtesy copy with ECF headers will be sent to chambers, *see* Case Management Requirements § III.B.

I also acknowledge that if the Court later finds that these requirements are not met, my brief will be stricken.

/s/ *Dirk H. Beckwith*
Dated: May 11, 2026

58164:00001:202671490-1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MAREK PETRYKOWSKI,

      Plaintiff,

vs.

                                           Case No. 2:26-cv-10040
                                           Hon. Laurie J. Michelson

JDW INTERNATIONAL, INC.
(Ontario Corporation No. 1001407417),
successor by amalgamation to
2051782 Ontario Ltd.,

      Defendant.

## STATEMENT OF CONCURRENCE

On May 8, 2026, a conference between Plaintiff and Defendant regarding

Defendant JDW International, Inc.'s Motion to Dismiss Pursuant to FRCP 12(B)(1)

and (2), did not result in concurrence in the relief sought.

                FOSTER SWIFT COLLINS & SMITH PC


                By:*/s/Dirk H. Beckwith*
                   Dirk H. Beckwith (P35609)
                   Attorneys for Defendant
                   28411 Northwestern Highway, Suite 500
                   Southfield, MI 48034
                   248-539-9918
Dated:  May 11, 2026          dbeckwith@fosterswift.com

2

## PROOF OF SERVICE

The undersigned hereby certifies that on May 11, 2026 ***Brief Format Certification and Statement of Concurrence*** was served on all parties of record by Email.

I declare under penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Deborah Kales*
Deborah Kales

3

58164:00001:202671490-1