UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAREK PETRYKOWSKI,

　　　　　　　　　　　　　　Case No. ___2:26-CV-10040_____

　　　　　　　　Plaintiff(s),　　HONORABLE _Laurie J. Michelson_____

v.

JDW INTERNATIONAL, INC.,
(Ontario Corporation No. 1001407417),
successor by amalgamation to
2051782 Ontario Ltd.
　　　　　　　　Defendant(s).

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

_JDW International, Inc. (Ontario Corporation No. 1001407417)_____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure: [1]

### PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒   This party is a corporation incorporated in Ontario, Canada _____ and with a principal place of business in Mississauga.

☐   This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.

☒ This party has one or more parent entities.

If so, identify all parent entities.

Andy Corporation North America Inc.
_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

_____

_____

☐ This party has one or more subsidiaries.

      If so, identify all subsidiaries.

_____

_____

_____

☒ This party has one or more affiliates.

      If so, identify all affiliates.

Andy Transport Inc., Andy Logistic Inc., Tristan Fleet Management Inc., Andy Training Center Inc.

Andy Warehousing and Distribution Inc., J.M.S. Warehousing Inc.

_____

_____

☒ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

      If so, identify all such owners.

Andy Corporation North America Inc.

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

      If so, identify each such entity's financial interest in the litigation.

_____

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: */s/Dirk H. Beckwith*

Printed Name: Dirk H. Beckwith

Bar Number: P35609

Firm Name: Foster Swift Collins & Smith PC

Address: 28411 Northwestern Highway, Suite 500

City, State, Zip Code: Southfield, MI 48034

Phone/Fax: 248-539-9918 / 248-200-0252 (Fax)

Email Address: dbeckwith@fosterswift.com

Date: May 11, 2026